**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARK A. CASTILLO | * | |
| Plaintiff | * | |
| v | * | Civil Action No.  DKC-11-0396 |
| WARDEN BOBBY P. SHEARIN, *et al.* | * | |
| Defendants | * | |

* * *

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 23rd day of March, 2012, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendants' Motion to Dismiss or for Summary Judgment (ECF No. 18), construed as a Motion for Summary Judgment, IS GRANTED;

2. Plaintiff's Motion for Extension of Time (ECF No. 45) IS GRANTED;

3. Judgment IS ENTERED in favor of Defendants;

4. The Clerk SHALL PROVIDE a copy of the foregoing Memorandum Opinion and a copy of this Order to Plaintiff and to counsel; and

5. The Clerk SHALL CLOSE this case.

                                                                      _____/s/_____
                                                                      DEBORAH K. CHASANOW
                                                                      United States District Judge